# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DALE ERNEST DENOYER,** | ) | 8:15CV185 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **UNITED STATES OF AMERICA, U.S. MARSHAL'S SERVICE, U.S. PAROLE COMMISSION, and U.S. PROBATION OFFICE,** | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

Dale Denoyer's Petition for Writ of Habeas Corpus is dismissed without prejudice. The Court will not issue a certificate of appealability in this case.

DATED this 20th day of January, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge